1  Robert J. Giuffra, Jr. (*pro hac vice forthcoming*)
   giuffrar@sullcrom.com
2  William B. Monahan (*pro hac vice forthcoming*)
   monahanw@sullcrom.com
3  Darrell S. Cafasso (*pro hac vice forthcoming*)
   cafassod@sullcrom.com
4  SULLIVAN & CROMWELL LLP
   125 Broad Street
5  New York, New York 10004
   Telephone:  (212) 558-4000
6  Facsimile:   (212) 558-3588

7  Kyle Niemi (SBN 4147849)
   niemik@sullcrom.com
8  SULLIVAN & CROMWELL LLP
9  1870 Embarcadero Road
   Palo Alto, California 94303
10 Telephone: (650) 461-5600
   Facsimile: (650) 461-7700

11
   *Counsel for Defendants FCA US LLC*
12 *and Fiat Chrysler Automobiles N.V.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MATHUE FASCHING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC and FIAT CHRYSLER AUTOMOBILES N.V.,<br><br>Defendants. | Case No. 3:17-cv-00231-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Judge:  Honorable Edward M. Chen |

1        WHEREAS, on January 17, 2017, plaintiff Mathue Fasching ("Plaintiff") filed a complaint (the "Complaint") against FCA US LLC ("FCA") and Fiat Chrysler Automobiles N.V. (together, "Defendants");[1]

      WHEREAS, the Complaint alleges that Defendants made false representations concerning vehicle emissions and fuel efficiency concerning model year 2014-2016 Dodge Ram 1500 and model year 2014-2016 Jeep Grand Cherokee vehicles equipped with 3.0-liter "EcoDiesel" engines (*see* Dkt. 1, at 1);

      WHEREAS, Plaintiff alleges that the vehicles were equipped with a so-called "defeat device" designed to limit emissions and increase fuel efficiency in testing conditions (*see id.*);

      WHEREAS, Plaintiff purports to bring suit on behalf of a national, putative class of purchasers and lessees of the Dodge Ram 1500 and Jeep Grand Cherokee vehicles with EcoDiesel engines (*see id.* at 2);

      WHEREAS, at least eight other putative class action lawsuits (with the instant action, the "Actions") have been filed against FCA and/or Defendants making similar allegations concerning false representations of fuel efficiency and vehicle emissions in FCA vehicles with diesel engines that were allegedly equipped with "defeat devices,"[2] and additional such suits may be filed in the future;

      WHEREAS, plaintiffs in one of the Actions, *Warren* v. *FCA US LLC*, No. 17-cv-00059, have filed a motion with the Judicial Panel on Multidistrict Litigation ("JPML") requesting Transfer and Centralization of all Related Cases

---

[1] By entering into this stipulation, Defendants do not waive, and expressly preserve, all defenses, including all defenses concerning jurisdiction, service or otherwise.

[2] *Stephens* v. *FCA US LLC et al.*, No. 17-cv-00040 (M.D. Ala.); *Chavez* v. *FCA US LLC et al.*, No. 16-cv-06909 (N.D. Cal.); *Warren* v. *FCA US LLC et al.*, No. 17-cv-00059 (N.D. Ala.); *Carpenter* v. *FCA US LLC et al.*, No. 17-cv-00288 (N.D. Cal.); *Walker* v. *FCA US LLC et al.*, No. 17-cv-00405 (N.D. Cal.); *Kitchel* v. *FCA US LLC et al.*, No. 17-cv-00538 (N.D. Cal.); *Sebastian* v. *FCA US LLC et al.*, No. 17-cv-00085 (S.D. Cal.); *Marlatt* v. *FCA US LLC et al.*, No. 17-cv-00096 (S.D. Ohio).

-1-

(and any future-filed "tag-along" actions), including the instant action, for coordinated or consolidated pretrial proceedings in a multidistrict litigation ("MDL"; the "MDL Motion"), *see In re Chrysler-Dodge-Jeep EcoDiesel Mktg., Sales Practices, and Prods. Liab. Litig.*, MDL No. Pending (J.P.M.L. filed February 9, 2017) (Dkt. No. 1);

WHEREAS, FCA intends to file a brief with the JPML supporting centralization of the Actions, including the instant action, and any "tag-along" cases in one district for consolidated pretrial proceedings;

WHEREAS, FCA anticipates that the MDL Motion will be set for the next JPML Hearing Session on March 30, 2017;

WHEREAS, the parties have met and conferred and agree that the requested stay during the pendency of the MDL Motion would save judicial and party resources; and

WHEREAS, should a stay order not be entered in any other related case, or be suspended, lifted, or invalidated, either party may move to lift the stay of this action.

NOW, THEREFORE, the parties, by and through their undersigned attorneys, hereby stipulate and request that the Court enter an Order staying all proceedings in this action, including the filing of an answer, motion to dismiss or other responsive pleading, until the JPML has decided whether to centralize the Actions, including the instant action, in an MDL proceeding.

| | | |
|---|---|---|
| 1 | Dated: February 10, 2017 | Respectfully and jointly submitted, |
| 2 | | /s/ Robert J. Giuffra, Jr. |
| | | Robert J. Giuffra, Jr. *(pro hac vice* |
| 3 | | *forthcoming)* |
| | | giuffrar@sullcrom.com |
| 4 | | William B. Monahan *(pro hac vice* |
| | | *forthcoming)* |
| 5 | | monahanw@sullcrom.com |
| | | Darrell S. Cafasso *(pro hac vice* |
| 6 | | *forthcoming)* |
| | | cafassod@sullcrom.com |
| 7 | | SULLIVAN & CROMWELL LLP |
| | | 125 Broad Street |
| 8 | | New York, New York 10004 |
| | | Telephone:  (212) 558-4000 |
| 9 | | Facsimile:   (212) 558-3588 |
| 10 | | |
| 11 | | Kyle Niemi (SBN 4147849) |
| | | niemik@sullcrom.com |
| 12 | | SULLIVAN & CROMWELL LLP |
| | | 1870 Embarcadero Road |
| 13 | | Palo Alto, California 94303 |
| | | Telephone: (650) 461-5600 |
| 14 | | Facsimile: (650) 461-7700 |
| 15 | | *Counsel for Defendants FCA US LLC and Fiat Chrysler Automobiles N.V.* |
| 16 | | |
| 17 | | /s/ Jeffrey Lewis (with permission) |
| 18 | | Jeffrey Lewis (SBN 66587) |
| | | jlewis@kellerrohrback.com |
| 19 | | Lisa Faye Petak (SBN 300914) |
| | | lpetak@kellerrohrback.com |
| 20 | | KELLER ROHRBACK L.L.P. |
| | | 300 Lakeside Drive, Suite 1000 |
| 21 | | Oakland, CA 94612 |
| | | (510) 463-3900, Fax (510) 463-3901 |
| 22 | | |
| 23 | | Lynn Lincoln Sarko, *pro hac vice forthcoming* |
| | | lsarko@kellerrohrback.com |
| 24 | | Derek W. Loeser, *pro hac vice forthcoming* |
| 25 | | dloeser@kellerrohrback.com |
| | | Gretchen Freeman Cappio, *pro hac vice* |
| 26 | | *forthcoming* |
| | | gcappio@kellerrohrback.com |
| 27 | | Dean Kawamoto (SBN 232032) |
| | | dkawamoto@kellerrohrback.com |
| 28 | | Ryan McDevitt, *pro hac vice forthcoming* |

SULLIVAN & CROMWELL LLP

|  |  |
|---|---|
| 1 | rmcdevitt@kellerrohrback.com<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200 |
| 2 | Seattle, WA 98101<br>(206) 623-1900, Fax (206) 623-3384 |
| 3 |  |
| 4 | Lesley E. Weaver (SBN 191305)<br>lweaver@bfalaw.com |
| 5 | Robyn R. English, *pro hac vice forthcoming*<br>renglish@bfalaw.com |
| 6 | BLEICHMAR FONTI & AULD, LLP<br>1999 Harrison Street, Suite 670 |
| 7 | Oakland, CA 94612<br>(415) 445-4003, Fax: (415) 445-4020 |
| 8 |  |
| 9 | Benjamin L. Bailey, *pro hac vice forthcoming* |
| 10 | Bbailey@baileyglasser.com<br>BAILEY GLASSER LLP |
| 11 | 209 Capitol Street<br>Charleston, WV 25301 |
| 12 | (304) 345-6555, Fax (304) 342-1110 |
| 13 | J. Gerard Stranch IV, *pro hac vice*<br>gerards@bsjfirm.com |
| 14 | Joe P. Leniski, Jr., *pro hac vice forthcoming* |
| 15 | joeyl@bsjfirm.com<br>BRANSTETTER, STRANCH & |
| 16 | JENNINGS, PLLC<br>223 Rosa L. Parks Avenue, Suite 200 |
| 17 | Nashville, TN 37203<br>(615) 254-8801, Fax (615) 250-3937 |
| 18 | Joseph F. Rice, *pro hac vice* |
| 19 | *forthcoming*<br>jrice@motleyrice.com |
| 20 | Ann Ritter, *pro hac vice forthcoming*<br>aritter@motleyrice.com |
| 21 | MOTLEY RICE, LLC<br>28 Bridgeside Blvd. |
| 22 | Mount Pleasant, SC 29464<br>(843) 216-9000, Fax (843) 216-9450 |
| 23 | Elizabeth Cabraser (SBN 083151) |
| 24 | ecabraser@lchb.com<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, |
| 25 | LLP |
| 26 | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 |
| 27 | (415) 956-1000, Fax(415) 956-1008 |
| 28 | David S. Stellings, *pro hac vice*<br>*forthcoming*<br>dstellings@lchb.com |

|    |                                                                                    |
|----|------------------------------------------------------------------------------------|
| 1  | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP                                            |
| 2  | 250 Hudson Street, 8th Floor                                                       |
|    | New York, NY 10013                                                                 |
| 3  | (212) 355-9500, Fax (212) 355-9592                                                 |
| 4  | Paul J. Geller, *pro hac vice forthcoming*                                         |
|    | ROBBINS GELLER RUDMAN & DOWD LLP                                                   |
| 5  | 120 East Palmetto Park Rd., Suite 500                                              |
| 6  | Boca Raton, FL 33432                                                               |
|    | (561) 750-3000; Fax (561) 750-3364                                                 |
| 7  | pgeller@rgrdlaw.com                                                                |
| 8  | *Counsel for Plaintiff*                                                            |

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: February 10, 2017              SULLIVAN & CROMWELL LLP

/s/ *William B. Monahan*
William B. Monahan

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/18/17

Honorable Edward M. Chen
UNITED STATES DISTRICT JUDGE